

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00422-CV

**IN THE INTEREST OF A.M.L., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01252
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the trial court's June 4, 2019 order terminating appellant Dad's parental rights, Appellant's brief was due to be filed with this court on August 8, 2019. *See* TEX. R. APP. P. 38.6(a). After this court granted Dad's first motion for extension of time to file the brief, it was due on August 28, 2019. On once-extended due date, Dad filed a second motion—for a five-day extension of time to file his brief.

Appellant's motion is GRANTED. Appellant's brief is due on September 3, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court